UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IN THE MATTER OF THE COMPLAINT OF CML EQUIPMENT COMPANY, LLC, *owner of the barge MOBRO 139*, and MARINEX CONSTRUCTION, INC., *bareboat charterer of the barge MOBRO 139*, FOR EXHONERATION FROM OR LIMITATION OF LIABILITY

407CV179

This day of 14 January 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

This is apparently a dead case. All scheduling deadlines have elapsed but no dispositive motions have been filed. Indeed, there has been no sign of life on the docket since 9/15/08. A Court has the power to prune from its docket those cases that amount to no more than mere deadwood. *See Collins v. Lake Helen, L.P.*, 249 F. App'x. 116, 120 (11th Cir. 2007) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962)); *Mingo v. Sugar Cane Growers Co-op. of Fla.*, 864 F.2d 101, 102 (11th Cir. 1989). It appearing to the Court that a catharsis may be in order, the parties shall, within 14 days of being served with this Order, show this Court why the case should not be dismissed for lack of prosecution. S.D.GA.LOC.CIV.R. 41(b).

In the event that no such showing is made, the case will be extinguished and the Court's vault will serve as its sarcophagus. The lawyers' attendance at the entombment will not be required.